**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-CR-00467-LTB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

7.    HERMES ARZAPALO,
        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      The Motion to Withdraw (Doc 94 - filed December 21, 2005) is GRANTED.  Blake
J. Renner is allowed to withdraw as counsel for Defendant Hermes Arzapalo.  The
Substitution of Counsel (Doc 92 - filed December 18, 2005) is accepted and Joseph Saint-
Veltri is substituted as counsel for Defendant Arzapalo herein.




DATED: December 22, 2005
_____