IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00467-LTB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.    HERMES ARZAPALO,

        Defendant.

## ORDER

Upon Defendant's Emergency Motion to Extend Time for Voluntary Surrender and for Allied Relief (Doc 431 - filed July 18, 2006), it is

ORDERED that the Defendant's Motion is DENIED.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: July 18, 2006